OPINION # O-7414            WAS NEVER ISSUED OR

WAS WITHDRAWN.